828

No. 74–1395. SHELTON v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 74–1397. DECAVALCANTE v. UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 74–1398. LAMBERT v. PROVIDENCE JOURNAL Co. C. A. 1st Cir. Certiorari denied. 

No. 74–1399. KENTUCKY CENTRAL LIFE INSURANCE Co. v. MYERS. C. A. 5th Cir. Certiorari denied. ██

No. 74–1400. SUMMERLIN ET AL. v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 74–1401. BADARACCO v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 74–1402. HAM v. CITY OF TULSA. C. A. 10th Cir. Certiorari denied.

No. 74–1403. WEBER v. UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 74–1405. GREENSPAHN v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 74–1406. ALRED v. UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 74–1411. WILLIAMS ET AL. v. MUMFORD, LIBRARIAN OF CONGRESS, ET AL. C. A. D. C. Cir. Certiorari denied.